| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/16/2021 |

SANDY GRACIANO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

           Plaintiff,

-against-

BIKEBANDIT.COM, LLC, and BIKE BANDIT, LLC,

           Defendants.

1:20-cv-10791 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Complaint in this action was filed on December 21, 2020 [ECF No. 1]. An affidavit of service was filed on March 17, 2021, and, according to the facts contained therein, Defendants' responses to the complaint were due March 29, 2021 [ECF No. 8]. No responses were filed, and Plaintiff has not prosecuted this case to date. On June 2, 2021, the Court directed Plaintiff to file a letter on or before June 15, 2021 regarding the status of this case. Nothing was filed by that date. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 15, 2021.** If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date:  June 16, 2021**                      **MARY KAY VYSKOCIL**
        New York, NY                   United States District Judge